## LANDIS v. BEAL & HINES.

No. 5749. Opinion Filed September.1, 1914.

(142 Pac. 1109.)

APPEAL AND ERROR—Case-Made—Filing—Necessity. Where a case-made is not filed in the office of the clerk of the trial court, it is a nullity, and cannot be considered on appeal to this court.

(Syllabus by the Court.)

*Error from Superior Court, Pottawatomie County; George C. Abernathy, Judge.*

Action between S. B. Landis and Beal & Hines. From the judgment, Landis brings error. Appeal dismissed.

*S. P. Freeling,* for plaintiff in error.

*O. B. Riegel,* for defendants in error.

BLEAKMORE, J. This case presents error from the superior court of Pottawatomie county, and comes on to be heard upon the motion of defendants in error to dismiss the appeal. Motion for new trial was overruled on the 3d day of May, 1913. The purported case-made attached to the petition in error filed in this cause was never filed in the office of the clerk of the trial court, and is for that reason a nullity.

The statutory time within which to perfect an appeal has expired, and under the authority of *Ft. Smith & W. R. Co. v. McKee,* 38 Okla. 194, 132 Pac. 497, this proceeding must be dismissed.

All the Justices concur.